

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2024

No. 04-24-00588-CR

Nancy **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR5058
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 30, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk